## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Scott, Clifton

Printed:  1/29/08

Case Number:  04 B 27447
Judge:  Wedoff, Eugene R
Filed:  7/26/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed:  December 19, 2007
Confirmed:  September 16, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,675.00 |  |
| Secured: |  | 7,282.77 |
| Unsecured: |  | 338.80 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,354.00 |
| Trustee Fee: |  | 551.14 |
| Other Funds: |  | 2,148.29 |
| Totals: | 12,675.00 | 12,675.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stefans Stefans & Stefans | Administrative | 2,354.00 | 2,354.00 |
| 2. | DaimlerChrysler Servs North America | Secured | 7,282.77 | 7,282.77 |
| 3. | Premier Bankcard | Unsecured | 338.80 | 338.80 |
| 4. | DaimlerChrysler Servs North America | Unsecured | 0.00 | 0.00 |
| 5. | Capital One | Unsecured |  | No Claim Filed |
| 6. | Consolidated Comm-CCPS 1st | Unsecured |  | No Claim Filed |
| 7. | Sprint | Unsecured |  | No Claim Filed |
| 8. | AT&T Wireless | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 9,975.57 | $ 9,975.57 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 145.96 |
| 4% | 48.44 |
| 3% | 15.55 |
| 5.5% | 165.00 |
| 5% | 48.75 |
| 4.8% | 93.60 |
| 5.4% | 33.84 |
|  | _____ |
|  | $ 551.14 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Scott, Clifton

          Printed:  1/29/08

Case Number:  04 B 27447

Judge:  Wedoff, Eugene R

Filed:  7/26/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

